IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> Asterius Mutayoba Rulamka, <br><br> *Defendant*. | Case No. 1:25-MJ-121 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Elizabeth Kilcommons., being duly sworn, depose and state:

1. I am currently employed as a Special Agent of the Federal Bureau of Investigation ("FBI") and have been so employed since 2009. Since 2018, I have been assigned to the Washington Field Office ("WFO") of the FBI, where I investigate violations of federal law that occur within the airport environment and on-board aircrafts. I am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code, and have conducted numerous investigations into offenses that have occurred upon an aircraft.

2. This affidavit is submitted in support of a criminal complaint and an arrest warrant for **Asterius Mutayoba Rulamka**, who, within the special aircraft and territorial jurisdiction of the United States, knowingly assaulted another person by striking, beating, or wounding, in violation of Title 18, United States Code, Section 113(a)(4).

3. The facts set forth in this statement of probable cause are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit contains information necessary to support probable cause

and is not intended to include each and every fact or matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

4. On March 5, 2025, at approximately 9:00 p.m., the FBI was contacted by the Metropolitan Washington Airports Authority (MWAA) police department regarding a Level 2 disturbance aboard American Airlines Flight # 5574 flying nonstop from Wichita, Kansas (ITC) to Washington Reagan Airport (DCA).

5. On final descent to DCA, Asterius Mutayoba Rulamka (DOB 1970) left his assigned seat 14C and proceeded to the rear of the airplane where he engaged with a flight attendant (Victim-1). Rulamka sat down in the back of the plane and started yelling at the flight attendant and threatening to "fuck him up" upon landing. Several passengers, observing the threatening behavior, started filming on their cellular phones. One of the passengers filming was Victim-2. The defendant noticed the filming and began attacking Victim-2, grabbing his arms and telling him he was "going to fuck him up." He took Victim-2's hat and the glasses off of his face and repeatedly struck Victim-2. At one point, he struck Victim-2 in the face near his left eye, causing bruising and a bloodshot eye.

6. During this altercation, Victim-1 got up out of his seat in order to assist and requested several other passengers' assistance as well. Another flight attendant also arrived to help Victim-2. At one point, the defendant attempted to swing at Victim-1. Victim-1 was able to move out of the way in time to avoid being struck, but in the process injured his hand. He sustained a small laceration to his finger and a broken fingernail.

7. The defendant then started running up and down the cabin. Three passengers and the flight attendants were able to secure Rulamka for landing in a seat near his original seat.

8. Victim-1 and Victim-2 both provided statements confirming the above facts. In addition, other witnesses were interviewed who corroborated the account above.

9. Upon the flight's arrival, the defendant made several statements, including that he had come to D.C. to speak to President Trump. When asked why he wanted to speak to the President, he stated that he was "mad." A search of his person incident-to-arrest revealed a Texas driver's license. A criminal history check revealed that DHS encountered the defendant in 2014 as a non-immigrant overstay, and immigration proceedings are pending.

## CONCLUSION

10. Based upon the foregoing, I submit there is probable cause to believe that on or about March 5, 2025, in the Eastern District of Virginia, the defendant, **Rulamka**, on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines Flight # 5574 flying nonstop from Wichita, Kansas (ITC) to Washington Reagan Airport (DCA), did commit assault by beating, striking, and wounding, in violation of Title 18 United States Code, Section 113(a)(4).

Respectfully submitted,

*Elizabeth Kilcommons*
Elizabeth Kilcommons
Special Agent
Federal Bureau of Investigations

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 6, 2025.

The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia