JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                                U.S. District Court

**Place of Offense:**          Under Seal: Yes ___   No X       Judge Assigned: WBP
City _____          Superseding Indictment ____      Criminal Number: _____
County/Parish _____          Same Defendant ____  New Defendant  X
                              Magistrate Judge Case Number  1:25-MJ-121   Arraignment Date: _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____
                              Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes ___ No ___ FBI #** 1MD2_____
**Defendant Name:** Asterius Mutayoba Rulamka    Alias Name(s) _____
**Address:** _____
**Employment:** _____
**Birth date** 1970    **SS#** 1288    **Sex** M  Def Race Black   Nationality _____   Place of Birth Tanzania
**Height** 5'08"   **Weight** 220   **Hair** Black   Eyes Brown   Scars/Tattoos _____
   **Interpreter:** X No ___ Yes   List language and/or dialect: _____   Automobile Description _____

Location Status:
Arrest Date  March 5, 2025
X   Already in Federal Custody as of   March 5, 2025   in   FBI Custody
___ Already in State Custody      ___ On Pretrial Release    ___ Not in Custody
___ Arrest Warrant Requested      ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending        ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name: _____            ___ Court Appointed     Counsel conflicted out: _____
Address: _____         ___ Retained
Telephone: _____       ___ Public Defender     Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA  April Russo     Telephone No: 703-299-3700        Bar # _____
Complainant Agency, Address & Phone Number or Person & Title:
FBI Special Agent Elizabeth Kilcommons

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 113(a)(4) | Assault by beating, striking, and wounding | 1 | Misdemeanor |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  March 6, 2025       Signature of AUSA:     /s/ April Russo