AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25 mj 121 |
| Asterius Rulamka | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/07/2025

/s/ Max Willner-Giwerc
*Attorney's signature*

Max Willner-Giwerc, D.C. Bar No. 90027905
*Printed name and bar number*

U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
*Address*

max.willner-giwerc2@usdoj.gov
*E-mail address*

(703) 299-3913
*Telephone number*

*FAX number*